JOHN G. HORNER, RECEIVER, ETC., APPELLANT. v. BOARD OF COMMISSIONERS OF MARGATE CITY ET AL., RESPONDENTS.

Submitted December 10, 1917—Decided January 31, 1918.

On appeal from the Supreme Court, whose opinion is reported in 90 *N. J. L.* 406.

For the appellant, *Harvey F. Carr.*

For the respondents, *Joseph Thompson.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Bergen in the Supreme Court.

*For affirmance*—The Chancellor, Garrison, Trenchard, Parker, Minturn, Kalisch, White, Heppenheimer, Williams, Taylor, Gardner, JJ. 11.

*For reversal*—None.